IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRI NGUYEN,

      Plaintiff,                No. 2:09-cv-2595 FCD JFM (PC)

    vs.

DR. BURT, et al.,

      Defendants.       ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed October 14, 2009, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        On November 13, 2009, plaintiff filed a motion for extension of time to file an amended complaint, in case the prison mail delayed receipt of his amended complaint. Plaintiff's amended complaint was timely filed on November 10, 2009; plaintiff's motion for extension of time will be denied as unnecessary.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Dr. Burt.

2. The Clerk of the Court shall send plaintiff one USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed November 10, 2009.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 1 above; and

   d. Two copies of the endorsed amended complaint filed November 10, 2009.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Plaintiff's November 13, 2009 motion for extension of time to file an amended complaint is denied.

DATED: November 23, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; nguy2595.1

```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10   TRI NGUYEN,
11            Plaintiff,                    No. 2:09-cv-2595 FCD JFM (PC)
12        vs.
13   DR. BURT, et al.,                      NOTICE OF SUBMISSION
14            Defendants.                      OF DOCUMENTS
15   _____/
16            Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18            _____    completed summons form
19            _____    completed USM-285 forms
20            _____    copies of the _____
                                       Amended Complaint
21   DATED:
22
23                                                _____
                                                       Plaintiff
24
25
26
```