IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRI NGUYEN,

    Plaintiff,               No. 2:09-cv-02595 FCD KJN P

    vs.

DOCTOR BURT, et al.

    Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This action was reassigned to the undersigned on February 9, 2010.[1]  Review of the docket indicates that the U.S. Marshal twice attempted service of process upon defendant Burt in January 2010, but Burt could not be located. (Dkt. No. 19.)  Review of the amended complaint indicates that plaintiff may state a potentially cognizable Eighth Amendment claim against Burt for deliberate indifference to plaintiff's serious medical needs, specifically, the alleged mistaken administration of medication to plaintiff, with serious side effects, due to alleged reliance on information contained in other inmate's medical file.  Review of the "Inmate Locator" service provided by the California Department of

---

[1] This action is referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), Local General Order No. 262, and E.D. Cal. L.R. ("Local Rule") 302.

1

Corrections and Rehabilitation indicates that plaintiff remains incarcerated at California State Prison-Sacramento.

Accordingly, IT IS HEREBY ORDERED that:

1. The California Attorney General, with the assistance of the California Department of Corrections and Rehabilitation and/or the California Forensic Medical Group, shall, within twenty-one (21) days after the filing date of this order, and to the extent possible, identify and submit to the court all information necessary to effect service of process upon defendant Burt.

2. The Clerk of Court is directed to serve a copy of this order on: (1) plaintiff, and (2) Michael Patrick Farrell, Senior Assistant Attorney General.

SO ORDERED.

DATED: October 22, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

nguy2595.ord