1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10     TRI NGUYEN,

11                    Plaintiff,                No.  2:09-cv-2595 KJM KJN P

12             vs.

13     DOCTOR BURT, et al.,

14                    Defendants.               ORDER

15     _____/

16             Plaintiff is a state prisoner proceeding without counsel, in this civil rights action

17     filed pursuant to 42 U.S.C. § 1983.  Plaintiff requests that this action be dismissed.  (Dkt. No.

18     34.)  The court acknowledges plaintiff's statement that his request is motivated by plaintiff's

19     desire to contribute to the fiscal stability of the United States, to "save our country's money for

20     our va[lu]e need" (sic), and "to help our country get better!"   (Id. at 1.)

21             Because defendants have been served and appeared in this action, the court will

22     inquire of defendants whether dismissal of this action would be prejudicial to defendants.

23             Accordingly, IT IS HEREBY ORDERED that defendants shall inform this court

24     in writing, within seven days, whether they have any objection to the dismissal of this action.  A

25     statement of non-opposition to plaintiff's request, or the failure to file a timely response, will

26     ////

1   result in the granting of plaintiff's request pursuant to Fed. R. Civ. P. 41(a)(2).

2   DATED:  May 20, 2011

3

4   _____
    KENDALL J. NEWMAN

5   UNITED STATES MAGISTRATE JUDGE

6   nguy2595.59a