IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRI NGUYEN,

      Plaintiff,                       No. 2:09-cv-2595 KJM KJN P

   vs.

DOCTOR BURT, et al.,

      Defendants.                ORDER

_____/

      All parties have now stipulated that this action be dismissed. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to dismiss this action (Dkt. No. 34) is granted, and this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

      SO ORDERED.

DATED: May 23, 2011

                                     KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE

nguy2595.59c